# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re

RITA K LUETKENHAUS

Debtor(s).

Case No. 322-31915-DWH13

Confirmation hearing date: Jan 12, 2023

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

**X** a. Plan is not feasible: **the Plan will require approximately 161 months to completely pay the total estimated priority amount of $92,601 based on the priority claims filed by the Internal Revenue Service, the Oregon Department of Revenue and domestic support claims (3).**

_____ b. Case/Plan is not proposed in good faith or is forbidden by law:

_____ c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____ d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

**X** e. Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with:**
   1. **A signed true copy of the Debtor's 2021 Federal and State Tax Returns; and**
   2. **A copy of the domestic support obligation worksheet.**

**X** f. Other: **as requested at the §341(a) hearing, in ¶4(c) check the box "may".**

If by the time of the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, or is not prepared to address the Trustee's objections with the filing of an amended plan as directed by the court during that scheduled confirmation hearing, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on December 14, 2022, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: December 14, 2022

/s/ Wayne Godare, Trustee

LARA M GARDNER
(mk)