Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | |
|---|---|
| **Rita Katherine Luetkenhaus**, | Case No. 22-31915-dwh13 |
| Debtor. | ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY SMITH AND RICHARD LUETKENHAUS |

For the reasons set forth in the Memorandum Decision on Debtor's Objections to Claims of Carey Smith and Richard Luetkenhaus filed today, the court

ORDERS as follows:

1. Proof of claim 3-2 by Carey Smith is allowed as (a) a claim with 11 U.S.C. § 507(a)(1) priority for $9,973.20 and (b) a nonpriority, unsecured claim for $28,601.20.

Page 1 – ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY etc.

2. Proof of claim 6-1 by Richard Luetkenhaus is allowed as (a) a claim with 11 U.S.C. § 507(a)(1) priority for $66,611.64 and (b) a nonpriority, unsecured claim for $16,652.91.

###

cc: Carey Smith
Richard Luetkenhaus

Page 2 – ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY etc.

Case 22-31915-dwh13    Doc 94    Filed 04/28/23