IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case no. 22-31915-dwh13 |
| **Rita Katherine Luetkenhaus,** | ) ) ) | **WITHDRAWAL OF OBJECTION TO CLAIM 2 OF GREGORY SORIANO** |
| Debtor(s). | ) ) ) | |

Debtor hereby withdraws her objection to claim 2 of Gregory Soriano.

Respectfully submitted May 2, 2023.

/s/ Lara M. Gardner
Lara M. Gardner         OSB no. 033206
Attorney for Debtor(s)

cc: Trustee
　　US Trustee
　　Rita Luetkenhaus
　　Gregory Soriano

**Page 1 – Withdrawal of Objection to Claim 2 of Gregory Soriano**

L<small>ARA</small> M. G<small>ARDNER</small>
Attorney at Law
4030 NW Morgan Place
Corvallis, Oregon 97330
Ph. (503) 915-1228

Lara M. Gardner, OSB No. 033206
Columbia River Law Group
4030 NW Morgan Place
Corvallis, OR 97330
Ph. (503) 915-1228

CERTIFICATE OF SERVICE

I certify that on this May 2, 2023, I served a copy of the foregoing Withdrawal of Objection to Claim 2 of Greg Soriano, case number 22-31915-dwh13, to the following using the following methods of service on the following parties:

Electronic Service:

Wayne Godare, chapter 13 trustee

US Trustee

Mailing Service:

Rita Luetkenhaus
PO Box 145
North Plains, OR 97133

Greg Soriano
Soriano & Associates, LLC
1000 SW Broadway, Suite 2300
Portland, OR 97205

                                      /s/ Lara M. Gardner
                                      Lara M. Gardner       OSB No. 033206
                                      Attorney for Debtor(s)