DISTRICT OF OREGON  
**F I L E D**  
May 05, 2023  
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re

Debtor

Case No. _____
    Amended

Confirmation Hearing Date: _____

**ORDER CONFIRMING PLAN AND RESOLVING MOTIONS**

The debtor's plan having been provided to creditors and the court having found that it complies with 11 U.S.C. § 1325, now, therefore **IT IS ORDERED**:

1. Debtor's plan (Docket #_____) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in paragraph 4 below.

2. Pursuant to 11 U.S.C. § 522(f)(1), the following liens are avoided [*list alphabetically, and only one per line, including each creditor's name, service address, and lien type (for example, judicial lien or non-purchase money security interest)*]:

3. Per the filed *Chapter 13 Debtor's Attorney's Compensation Disclosure and Application* (Local Bankruptcy Form (LBF) 1305) and, if applicable, the *Chapter 13 Debtor's Attorney's Schedule 2.(b) Itemization* (LBF 1306), compensation to debtor's counsel of attorney fees of $_____ and expenses of $_____, of which $_____ has been paid, leaving $ _____ to be paid as funds become available per plan paragraph 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan [*for changes to plan language, but not added language, set out the old and new language in different forms, for example by striking through deleted language and underlining new language*]:

5. The terms of this order are subject to any objection filed within 21 days by [*list alphabetically, and only one per line, including each creditor's name, service address*]:

6. Additional provisions, if any:

###

I certify that on _____ I provided this order to the trustee for submission to the court.

_____
Debtor or Debtor's Attorney

Approved: _____
       Trustee

**1350.21 (12/1/2022)**        Page 2 of 2

Appendix A

¶1 Check the box "Motion for Relief"

¶3(a): Strike "$661" and insert "$661 x 7; $1876 thereafter"

¶4(c): Check the box "May"

NOTICE TO ALL CREDITORS – THE CHANGE TO PLAN ¶4(c) VIA THIS OCP IS TO CHECK THE BOX "MAY" AS TO THE ATTORNEY BEING ALLOWED TO APPLY FOR SUPPLEMENTAL COMPENSATION AND EXPENSE REIMBURSEMENT

¶4(b)(4): Strike "NA" and insert "Rivermark Community Credit Union - 2005 Subaru Forester (Non-filing codebtor intends to continue performance under the underlying contract)"

¶5: Insert "Rivermark Community Credit Union (ConsumerSafe Debt Protection Plan)" under "Creditor"; "N/A" under "Amount of Default"; and "N/A" under "Cure Provisions"

NOTICE TO CREDITOR RIVERMARK CREDIT UNION, SETH SCHAEFER, PRESIDENT AND CHIEF EXECUTIVE OFFICER, 9125 SW GEMINI DRIVE, #100, BEAVERTON, OR 97008: THE CHANGE TO THE PLAN VIA THIS OCP IS TO TERMINATE THE AUTOMATIC STAY WITH REGARDS TO SECURED ITEMS CLAIMED IN RIVERMARK CREDIT UNION PROOF OF CLAIM 7.

¶3(e): Insert "Any non-exempt proceeds from personal injury claim disclosed on amended Schedule B."