Official Form 417A (12/18)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Rita Katherine Luetkenhaus   22-31915-dwh1

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order on Debtor's Objections to Claims of Carey Smith and Richard Luetkenhaus

2. State the date on which the judgment, order, or decree was entered: 4/28/2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Carey Smith   Attorney: Pro Se

2. Party: Richard Luetkenhaus   Attorney: Pro Se

Official Form 417A    Notice of Appeal and Statement of Election    page 1

Case 22-31915-dwh13   Doc 109   Filed 05/12/23

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____     Date: 5/12/2023
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

PO Box 145
North Plains, OR 97133
(503) 516-5900

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

**Rita Katherine Luetkenhaus**,

Debtor.

Case No. 22-31915-dwh13

ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY SMITH AND RICHARD LUETKENHAUS

For the reasons set forth in the Memorandum Decision on Debtor's Objections to Claims of Carey Smith and Richard Luetkenhaus filed today, the court

ORDERS as follows:

1. Proof of claim 3-2 by Carey Smith is allowed as (a) a claim with 11 U.S.C. § 507(a)(1) priority for $9,973.20 and (b) a nonpriority, unsecured claim for $28,601.20.

Page 1 – ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY etc.

2. Proof of claim 6-1 by Richard Luetkenhaus is allowed as (a) a claim with 11 U.S.C. § 507(a)(1) priority for $66,611.64 and (b) a nonpriority, unsecured claim for $16,652.91.

### 

cc: Carey Smith
 Richard Luetkenhaus

Page 2 – ORDER ON DEBTOR'S OBJECTIONS TO CLAIMS OF CAREY etc.

Case 22-31915-dwh13    Doc 109    Filed 04/28/23