5/12/2023

Application to Waive Appeal Filing Fee

Dear Judge Hercher

I filed an appeal and request a waiver to the filing fee because of my financial situation as documented in my bankruptcy petition and my payment schedule which strains my finances to the point of not affording an attorney nor filing fees.

Sincerely,

Rita Luetkenhaus

Case no 22-31915